IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ODIE LEE MILLER, :
:
    Plaintiff, :
:
v. : 7:08-CV-21 (WLS)
:
MRS. G. MOORE, ET. AL., :
:
    Defendants. :
_____ :

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 4), filed February 8, 2008. It is recommended that certain claims and Defendants be dismissed from the action as the claims are frivolous, fail to state a claim for which relief can be granted or that the Defendants are immune from suit. It is not clear if the pleading filed by Plaintiff (Doc. No. 10) on February 19, 2008, is an objection to the recommendation or another pending motion to be addressed by the Magistrate Judge. To the extent that it is an objection, it will be addressed by the Court herein.

Specifically, the Magistrate Judge recommends (1) that the first amendment claims against Defendant Stevenson and Moody be dismissed; (2) that Defendant Stevenson be dismissed from the action; (3) that the claims against Defendant Walker be dismissed; (4) that Walker be dismissed from the action; (5) that the claims related to the return of his grievances be dismissed; (6) that the claims against the State of Georgia be dismissed; and, (7) that the State of Georgia be dismissed from the action. (Doc. No. 4). To the extent that his pleading

1

serves as an objection (Doc. No. 10), it fails to articulate any factual or legal objection to the recommendations of the Magistrate Judge. Accordingly, to the extent it (Doc. No. 10) is an objection, it is **OVERRULED.**

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 4) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, said claims and Defendants, as stated above, are **DISMISSED** as recommended by the Magistrate Judge[1].

SO ORDERED, this  1st  day of May, 2008.

    /s/W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**United States District Court**

---

[1]. For clarity's sake, the following claims and Defendants are dismissed: (1) the first amendment claims against Defendant Stevenson and Moody; (2) Defendant Stevenson; (3) the claims against Defendant Walker; (4) Defendant Walker; (5) the claims related to the return of Plaintiff's grievances; (6) the claims against the State of Georgia; and, (7) the State of Georgia.