**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

ODIE LEE MILLER, :
:
    Plaintiff, :
:
v. : 7:08-CV-21 (WLS)
:
MRS. G. MOORE, ET. AL., :
:
    Defendants. :
_____:

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 22), filed July 2, 2008. It is recommended that Plaintiff's motion to dismiss his action without prejudice (Doc. No. 20) be granted. It is further recommended that certain other motions (Doc. Nos. 10, 11, 14, 15) be denied as moot. Neither Defendants, nor Plaintiff, has filed an objection.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. No. 22) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, said motion to dismiss (Doc. No. 20) is **GRANTED** and the action is **DISMISSED without prejudice.** The remaining motions (Doc. Nos. 10,11, 14, 15) are **DENIED as moot.**

SO ORDERED, this  5th  day of September, 2008.

                                          /s/W. Louis Sands
                                 **W. LOUIS SANDS, JUDGE
                                 United States District Court**